# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| **RYAN PFLIPSEN,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | FILE No. 5:23-cv-400-JKP-HJB |
| **WC THOUSAND OAKS CENTER, LP,** ) | |
| **d/b/a THOUSAND OAKS VILLAGE,** ) | |
| ) | |
| Defendant(s). ) | |

## PLAINTIFF'S UNOPPOSED MOTION TO DISMISS WITH PREJUDICE

Plaintiff **RYAN PFLIPSEN** ("Plaintiff") respectfully files this unopposed motion with the Court to dismiss the Defendant(s) with prejudice, in that all current obligations under their recently achieved settlement agreement have been reached and, thus, the Parties agree that there are no current issues pertinent to this litigation.

As a result, the Plaintiff would respectfully request that the Court hereby dismiss the within action with prejudice as of the date of the filing of the instant pleading.

Respectfully submitted,
**KURZ LAW GROUP, LLC**
3455 Cobb Parkway, SE, Suite J-285
Atlanta, GA 30339
www.kurzlawgroup.com
(404) 805-2494 Telephone
(770) 428-5356 Facsimile
By: */s/ Dennis R. Kurz*
     Dennis R. Kurz
     Texas State Bar No. 24068183
     dennis@kurzlawgroup.com
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

  I hereby certify that on the 10th day of August, 2023, a true and correct copy of the foregoing document was filed with the Court and served electronically upon those parties registered to receive electronic notice via the Court's CM/ECF system.

Manfred Sternberg, Esq.
**MANFRED STERNBERG & ASSOCIATES, PC**
1700 Post Oak Boulevard
2 BLVD Place, Suite 600
Houston, Texas 77056
manfred@manfredlaw.com
*Attorney for Defendant,*
*WC Thousand Oaks Center, LP*

             */s/ Dennis R. Kurz*
             Dennis R. Kurz